Ann M. Cerney, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

—oOo—

| | |
|---|---|
| LIDIA GARRIGA-VALDESPINO, | CASE NO. 10-3767 JSW |
| Plaintiff, | [proposed] ORDER ~~EXTENDING~~ **DENYING** PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

By absence of a showing of ~~Pursuant to the stipulation of the parties showing~~ good cause for a requested extension of Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby ~~APPROVED~~. DENIED. Absent a showing of good cause for a further extension, Plaintiff shall file her reply on or before ~~April 15, 2011~~. March 21, 2011.

SO ORDERED.

DATED: March 16, 2011

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES MAGISTRATE JUDGE

---

2
STIPULATION AND [~~PROPOSED~~] ORDER ~~EXTENDING~~ PLAINTIFF'S TIME TO REPLY DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT